IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VISTEON CORPORATION, *et al.*, ) | |
| ) | RGA |
| Appellants/Cross- ) | Case No. 10-CV-00918-~~MMB~~ #6 |
| Appellees, ) | Case No. 10-CV-01070-~~MMB~~ #4 |
| ) | RGA |
| v. ) | |
| ) | |
| UAW, the International Union, United ) | |
| Automobile, Aerospace, and ) | |
| Agricultural Implement Workers of ) | |
| America, ) | |
| ) | |
| Appellee/Cross- ) | |
| Appellant. ) | |
| ) | |
| ) | |
| _____ ) | |
| In re: ) | On Appeal from U.S. |
| ) | Bankruptcy Court |
| VISTEON CORPORATION, *et al.*, ) | |
| ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Case No. 09-11786 (CSS) |
| ) | (Jointly Administered) |
| ) | |

## STIPULATED ORDER SETTING BRIEFING SCHEDULE

On October 28, 2010 and December 9, 2010, this appeal and cross-appeal were referred to mediation and all briefing was deferred. (Case No. 10-918, Dkt. 3; Case No. 10-1070, Dkt. 3.) The parties have concluded mediation efforts, and the mediator has referred the appeal and cross-appeal back to this Court. The parties have agreed to a briefing schedule. It is ordered that the following deadlines are set for simultaneous briefing of the appeal and cross-appeal:

1. March 20, 2012 for Opening Briefs.

2. April 19, 2012 for Answering Briefs.

1

3. May 3, 2012 for Reply Briefs.

_____
The Honorable ~~Michael M. Baylson~~ Richard G. Andrews
United States District Court Judge

DOCS_DE:177649.1 89462-001

Stipulated:

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **COOCH AND TAYLOR, P.A.** |

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com

- and -

**KIRKLAND & ELLIS LLP**
Andrew B. Bloomer, P.C.
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: andrew.bloomer@kirkland.com

*Attorneys for the Reorganized Debtors*

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DE Bar No. 3381)
Brandywine Building
1000 North West Street, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-3800
Facsimile: (302) 984-3939
E-mail: skaufman@coochtaylor.com

- and -

**COHEN, WEISS AND SIMON LLP**
Babette A. Ceccotti
Peter D. DeChiara
Bruce S. Levine
Joshua J. Ellison
330 West 42nd Street
New York, New York 10036
Telephone: (212) 563-4100
E-mail: blevine@cwsny.com

- and -

**INTERNATIONAL UNION, UAW**
Niraj R. Ganatra
8000 East Jefferson Avenue
Detroit, Michigan 48214
Telephone: (313) 926-5216
E-mail: nganatra@uaw.net

*Attorneys for the UAW*